

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:     Darrell Anthony Adell, Jr. v. The State of Texas

Appellate case number:   01-21-00439-CR

Trial court case number: 87429-CR

Trial court:              149th District Court of Brazoria County

     Appellant, Darrell Anthony Adell, Jr., has filed a "Supplemental Motion Requesting Oral Argument[]." The motion is **denied**.

     It is so ORDERED.

Judge's signature: _____/s/ Julie Countiss_____
               ☑ Acting individually     ☐ Acting for the Court

Date:   __January 19, 2023_____